1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| PETER AMUTALLA,                        ) | Case No. CV 10-3280-RGK (JEM) |
|                                       ) | |
|                    Petitioner,         ) | |
|                                       ) | ORDER ADOPTING FINDINGS, |
|          v.                            ) | CONCLUSIONS, AND |
|                                       ) | RECOMMENDATIONS OF UNITED |
| LINDA SANDERS, Warden,                 ) | STATES MAGISTRATE JUDGE |
|                                       ) | |
|                    Respondent.         ) | |
|                                       ) | |

17

18

19

20

21

22

23

24

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

        **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss be granted and that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

25

26

27

28

DATED:  January 6, 2011

_____
              R. GARY KLAUSNER
        UNITED STATES DISTRICT JUDGE