# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER AMUTALLA,<br><br>      Petitioner,<br><br>  v.<br><br>LINDA SANDERS, Warden,<br><br>      Respondent. | Case No. CV 10-3280-RGK (JEM)<br><br>**JUDGMENT** |

  In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: January 6, 2011

                     R. GARY KLAUSNER
                    UNITED STATES DISTRICT JUDGE